# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>Rico Anthony Russell Rigutto<br><br><br>*Defendant(s)* | )<br>)<br>)  Case No. 3:21-mj-229<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 14, 2021__ in the county of __Polk__ in the
_____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and 846 | Possession with Intent to Distribute a Controlled Substance and Conspiracy to Distribute a Controlled Substance. |
| 18 U.S.C. § 922(o) | Unlawful Possession of a Machinegun. |
| 18 U.S.C. § 924(c) | Possession of a Machinegun in Furtherance of a Drug Trafficking Crime. |

This criminal complaint is based on these facts:

See attached Affidavit of Task Force Officer Anthony Burke.

☑ Continued on the attached sheet.

By phone
*Complainant's signature*

Anthony Burke, TFO FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __6:27__ a.m./p.m.

Date: __December 14, 2021__

*Judge's signature*

City and state: __Portland, Oregon__  Hon. Stacie F. Beckerman, U.S. Magistrate Judge
*Printed name and title*