Paul M. Ferder, OSB No. 72087
Ferder, Casebeer, LLP
515 High Street SE
P. O. Box 843
Salem OR 97308-0843
Telephone: (503)585-9197
Fax: (503)399-7904
Email: pferder@ferder.com
Of Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>vs.<br><br>RICO ANTHONY RUSSELL RIGUTTO,<br><br>                       Defendant. | No. 3:22-CR-0015-BR<br><br>DECLARATION OF PAUL M. FERDER IN SUPPORT OF MOTION TO CONTINUE TRIAL |

STATE OF OREGON                  )
                                            ) ss.
COUNTY OF MARION            )

    I, Paul M. Ferder, being first duly sworn upon oath, do depose and say that:

1. I am one of the attorneys for defendant.

2. Defendant was indicted on January 19, 2022. Defendant is currently in custody.

3. Trial is currently set for June 28, 2022, at 9 a.m.

4. This is our second motion to continue the trial.

5. Assistant U.S. Attorney Scott Kerin does not object to a continuance.

6. This firm was retained on December 15, 2021.

Page   1 - DECLARATION OF PAUL M. FERDER IN SUPPORT OF MOTION TO CONTINUE

7. At this time we have received Volume 1 for discovery and have been advised we will be getting Volume 2. We will need additional time to review the reports and discuss with the client.

8. The defendant is in custody and does not object to our filing a motion to continue his trial and agrees with the requested continuance and understands the rights provided by the Speedy Trial Act and he is willing to waive those rights in light of the reasons set forth herein

9. The current trial date of June 28, 2022, will not provide me with adequate time to effectively represent the defendant's interests as I need additional time to investigate the facts of this case.

9. We would request that the matter be continued for at least 90 days.

10. I would concur with the Court in finding that any period of delay resulting from defendant's motion to continue shall be excludable under 18 U.S.C. §3161, in that the ends of justice served by the granting of defendant's motion for a continuance outweigh the best interests of the public and the defendant in a speedy trial. The basis upon which such a finding is made may include one or more of the following (in addition to the basis set forth herein above):

a. A failure to grant such a continuance would result in a miscarriage of justice. 18 U.S.C. §3161(h)(8)(B(I).

b. It would be unreasonable to expect adequate preparation for pre-trial proceedings and/or the trial within the time limits established heretofore by the court because defense counsel and defendant have not had time to review the discovery, defense counsel has not had adequate time nor basis to undertake pre-trial motion preparation. 18 U.S.C. §3161 (h)(7)(A)).

///

///

///

///

Page   2 - DECLARATION OF PAUL M. FERDER IN SUPPORT OF MOTION TO CONTINUE

      c. Failure to grant defendant's motion for a continuance of this case would deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

DATED this 6th day of June, 2022.

                                                 /s/ PAUL M. FERDER  
                                                 PAUL M. FERDER, OSB No. 720871  
                                                 Of Attorneys for Defendant