IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:22-cr-00015-HZ-1 |
| v. | |
| Rico Anthony Russell Rigutto | MODIFICATION OF RELEASE CONDITIONS |

**IT IS ORDERED THAT the defendant's previously imposed conditions of release be modified by changing the defendant's Location Monitoring type from home detention to curfew as follows:**

- Participate in one of the following location restriction programs and comply with its requirements as directed.
  (X) Curfew.  You are restricted to your residence every day (  ) from _____ to _____, or ( X ) as directed by the pretrial services office or supervising officer; or
  ( ) Home Detention.  You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer;
  ( ) Home Incarceration.  You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
  ( ) Stand Alone Monitoring.  You have no residential curfew restrictions.  However, you must comply with the location or travel restrictions as imposed by the court.  Note:  This component should be used in conjunctions with global positioning system (GPS) technology.
- Submit to the following location monitoring technology and comply with its requirements as directed.
  ( ) Location monitoring technology as directed by the pretrial services or supervising officer
  ( ) Voice Recognition
  ( ) Radio Frequency (RF)
  (X) GPS

**IT IS SO ORDERED THIS** 26 **day of** January, ~~2022.~~ 2023

_____
The Honorable Jolie A. Russo
U.S. Magistrate Judge

**Submitted by U.S. Pretrial Services**