Paul M. Ferder, OSB No. 72087
Ferder, Casebeer, LLP
515 High Street SE
P. O. Box 843
Salem OR 97308-0843
Telephone: (503)585-9197
Fax: (503)399-7904
Email: pferder@ferder.com
Of Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>        vs.<br><br>RICO ANTHONY RUSSELL RIGUTTO,<br><br>                              Defendant. | No. 3:22-CR-0015-BR<br><br><br>DECLARATION OF PAUL M. FERDER IN SUPPORT OF MOTION TO CONTINUE SENTENCING |

STATE OF OREGON                                    )
                                                                    ) ss.
COUNTY OF MARION                              )

I, Paul M. Ferder, being first duly sworn upon oath, do depose and say that:

1. I am one of the attorneys for defendant.

2. Defendant was indicted on January 19, 2022. Defendant is currently out of custody.

3. This firm was retained on December 15, 2021.

4. Sentencing is currently set for October 18, 2023 at 2 p.m.

5. This is our first motion to continue sentencing.

Page   1 - DECLARATION OF PAUL M. FERDER IN SUPPORT OF MOTION TO CONTINUE
SENTENCING

6.   Assistant U.S. Attorney Scott Kerin does not object to a continuance.

7.   We are requesting a continuance of the sentencing date because we are having trouble with the sentencing aspect of the case.

8.   The defendant is not in custody and does not object to our filing a motion to continue his sentencing date.

9.   We would request the matter be continued for a period of 90 days.  Dates are available upon request.

DATED this 22nd day of September, 2023.

/s/ PAUL M. FERDER
PAUL M. FERDER, OSB No. 720871
Of Attorneys for Defendant

Page   2 - DECLARATION OF PAUL M. FERDER IN SUPPORT OF MOTION TO CONTINUE SENTENCING