Paul M. Ferder, OSB No. 720871
Ferder, Casebeer LLP
515 High Street SE
P. O. Box 843
Salem OR 97308-0843
Telephone: (503)585-9197
Fax: (503)399-7904
Email: pferder@ferder.com
Of Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICO ANTHONY RUSSELL RIGUTTO,<br><br>Defendant. | No. 3:22-CR-0015-BR<br><br>**DEFENDANT'S SENTENCING MEMORANDUM** |

Defendant, by and through his attorney Paul M. Ferder of Ferder, Casebeer, LLP, hereby submits the following sentencing memorandum. Additional materials have been submitted to the Court under separate cover. On March 5, 2024, defendant Rico Anthony Russell Rigutto will appear before the Court for sentencing in this matter. On April 18, 2023, defendant entered, and the Court accepted, a guilty plea to Count 1: Possession with Intent to Distribute Fentanyl, in violation of 21 U.S.C. §§841(a)(1) and 841 (b)(1)(A)(vi). Defendant respectfully requests that the Court impose a sentence of 60 months imprisonment followed by five years of supervised release. Such a sentence is sufficient, but not greater than necessary to serve the purposes set out in 18 U.S.C. § 3553(a).

Dated this 28th day of February, 2024.

FERDER CASEBEER , LLP
/s/ Paul M. Ferder
PAUL M. FERDER, OSB No. 720871
Of Attorneys for Defendant

Page    1 - **SENTENCING MEMORANDUM**